UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIEN PHAM,

    Petitioner,

    v.

JAMES TILTON,

    Respondent.
_____/

No. C 06-4133 PJH

**JUDGMENT**

    Pursuant to the order dismissing Pham's federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 6, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge