UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIEN PHAM,

      Petitioner,

    v.

JAMES TILTON, WARDEN,

      Respondent.
_____/

No. C 06-4133 PJH

**ORDER GRANTING CERTIFICATE OF APPEALABILITY**

      This is a habeas case under 28 U.S.C. § 2254 filed by a state prisoner. On July 6, 2007, this court denied Pham's petition on the merits. Before the court is Pham's petition for a certificate of appealability ("COA").

      To obtain a COA, Pham must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward. "The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Section 2253(c)(3) requires a court granting a COA to indicate which issues satisfy the COA standard. Here, the court finds that the two issues presented by Pham in his petition meet the above standard and accordingly GRANTS the COA as to those issues. *See generally Miller-El v. Cockrell*, 537 U.S. 322

(2003). Those issues are whether Pham's conviction violates his due process rights based on the State's failure to present sufficient evidence of two elements of the gang enhancement allegation, including that:

(1) Pham possessed the requisite specific intent under California Penal Code section 186.22, subdivision (b)(1); and

(2) the "V12" gang had as one of its primary activities one of the enumerated criminal acts under California Penal Code section 186.22, subdivision (e).

Accordingly, the clerk shall forward the file, including a copy of this order, to the Court of Appeals. See Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

Pham's accompanying application to proceed on appeal in forma pauperis is DENIED without prejudice pending Pham's submission of documents establishing that he is entitled to proceed as such.

**IT IS SO ORDERED.**

Dated: August 3, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge